UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GRACE RECALDE HALL,<br><br>   Plaintiff,<br><br> v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 23-cv-04947-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 39 |

  The parties have filed a notice of settlement. ECF No. 39. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

  This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

  **IT IS SO ORDERED**.

Dated: February 13, 2025



            JON S. TIGAR
           United States District Judge